UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fabian Gardner )
Plaintiff )
)
vs. )
)
Officer J. Spaid #696 )
Sgt. J. Maddox #644 )
)
)
Defendant(s) )

Case No. ~~2018-CF-000131~~  18-3317

FILED

DEC 26 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, **Fabian Gardner**, and states as follows:

My current address is: **Graham Correctional Center, 12078 Illinois Route 185, Hillsboro, IL 62049**

The defendant **J. Spaid**, is employed as **Officer of law of Sangamon County** at **Springfield IL, police Department**

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____ _____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐     No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

    _____

2. Court (if federal court, give name of district; if state court, give name of county)

    _____

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☐
If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence **2321, S. 12th St. Springfield, IL 62703**

Date of the occurrence **Feb, 06, 2018**

Witnesses to the occurrence **Roshawn Hudson**

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On February 16, 2018, I was arrested for unlawful possesion of a weapon, unlawfull possession, and armed habitual criminal, by Officer's of the Sangamon County (Officer J. Spade). After 155 days the charges were dropped by the Honorable Brian T. Otwell. The prosecutor was named Bryan Shaw. I was not present during the raid that occurred at 2321 S. 12th St, Springfield, Illinois, 62703. I was later charged with the weapon found in the raid but subsequently dropped the charges. Two other people were arrested for both guns found at this address and their names were Roshawn Hudson, and Cortez Gardner. I wish to file a civil rights complaint for the unlawful arrest, malicious prosecution, and the 155 days that I served for this case. I was also deprived of $7,440 that were not returned to me after

4

the case was dismissed against me. The Sangamon County police force was harassing me by posting on facebook that I was a snitch and to beware of me. These actions endangered my life and threatened my safety and I wish to file suit against the sangamon county police for these actions. (See Exhibit 1 posting of petitioners false profile

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Damages for Clothing, Money, defamation of Character, false imprisonment, Harrasment, lost Wages. Punitive, Compenscatory And Monetary in the amount of $50,000.00

**JURY DEMAND**          Yes ☑          No ☐

Signed this ___17___ day of __December__, 2018.

Subscribed and sworn to before me this 17 day of December 2018.
County of Montgomery

OFFICIAL SEAL
CHRIS CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/08/19

*(Signature of Plaintiff)*

Name of Plaintiff: Fabian Gardner

Inmate Identification Number: S15056

Address: 12078 Illinois Route 185
Hillsboro, IL 62049

Telephone Number:

6

11/15/2018    Beware Of Snitch Ass Fabian L. Gardner! REPORTS INCLUDED!! – Springfield IL Exposed

3:18-cv-03317-SEM-TSH #1 Page 7 of 9

Exhibit (1)

# SPRINGFIELD IL EXPOSED

SPRINGFIELD IL'S SOURCE FOR NEWS, GOSSIP, RUMORS, DRAMA, & WHATEVER ELSE!

ABOUT US! | CONTACT US! | LEGAL FAQ'S | REQUEST A MUG SHOT | SUBMIT A STORY

TERMS OF SERVICE

Like Us On Facebook!

## Beware Of Snitch Ass Fabian L. Gardner! REPORTS INCLUDED!!

**TOPICS:** Fabian Gardner    Fabian L. Gardner



POSTED BY: SPRINGFIELDILEXPOSED - EU STAFF MEMBER    DECEMBER 7, 2017



SEARCH …

RECENT POSTS

Local Pet Grooming/Daycare business abuses employees, commits tax fraud

Ms

Harold Christopher Harris



Meet Fabian L. Gardner

This would be your Springfield Police Crime Unit Confidential Informant!

Selling Weed? Beware! Know Fabian? Beware! Associate with Fabian? Beware! Bought weed from Fabian? Beware! Those Indictments are coming!

> A LEADS check showed Fabian is a Gangster Disciple out of Chicago, IL. I am also aware Fabian has ties to the local street gang SQAD. Fabian informed us ▒▒▒ (known SQAD member) is his ▒▒▒.
> Fabian had $1459.00 in US currency on him mostly in $20 and smaller bills which is consistent with street level cannabis sales. Fabian's money was seized for asset forfeiture proceedings. Fabian was released pending consultation with the Sangamon County States Attorney's Office.
> I booked the following into SPD evidence:
>
> 17-7189: loaded .40 caliber magazine
> 17-7190: $1459.00 US currency
> 17-7191: sandwich bags and digital scale
> 17-7192: weapon light/laser
> 17-7193: (2) bags suspected cannabis

So who gets pulled over with drugs, guns, currency, scales, etc and is a known gang member and doesn't go to jail?

**Like Us On Facebook!**

KYLIE JANAS DOESNT HAVE ANY TEETH!

Montreal teen Lance stroll crashes early at Canadian Grand Prix

**RECENT COMMENTS**

Yourmomsplaytoy on Dont sell them
Yourmomsplaytoy on Dont sell them
Barack H. OBAMA on Renee Brown Town Hoe
Barack H. OBAMA on mystery titties!
T on Miss you

**CATEGORIES**

Select Category

**META**

Log in
Entries RSS
Comments RSS
WordPress.org

11/15/2018 — Beware Of Snitch Ass Fabian L. Gardner! REPORTS INCLUDED!! – Springfield IL Exposed

3:18-cv-03331-SEM-TSH  Page 9 of 9

> On [ ]/2017 at approximately 1628 hours Sgt. J. Maddox #644 and I, Ofc. J. Spaid #696, were on patrol as members of the Street Crimes Unit. We were driving an unmarked SUV equipped with interior mounted emergency lights and we were wearing black tactical vests with clear police markings. We were northbound on 11th St. near Laurel St. and I observed a white car pass us southbound in which I recognized Fabian Gardner to be the driver. I knew Fabian did not have a valid driver's license and I knew Fabian has ties to the local street gang SGAD. We turned around to get behind Fabian and he increased his speed and turned eastbound onto South St. abruptly. We accelerated to catch up to him and it took us several seconds to reach the intersection. Once we reached South St. and turned eastbound we observed the white Nissan had only just reached the north-south alley immediately east of the 1800 block of S. 11th St. and turned northbound in this alley without using its turn signal. Based on the amount of time the car was out of sight I expected the car to have traveled much further than this. This led me to believe the car had possibly stopped and Fabian had thrown something out the window. I know from my training and experience subjects often get out of sight of police cars in order to discard contraband.

So did they know him because he was a snitch? Or because he was a "gang" member?

Oh and he fled from the police and didn't go to jail with all that shit? I smell bacon!

Share This:

‹ Previous post     Next post ›

BE THE FIRST TO COMMENT

ON "BEWARE OF SNITCH ASS FABIAN L. GARDNER! REPORTS INCLUDED!!"



Springfield, IL: This Unbeli Disrupting A $200 Billion Ir

Leave a comment

Your email address will not be published.