### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **FABIAN GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No.  18-CV-3317** |
| **OFFICER J. SPAID #696, and** | ) | |
| **SERGEANT J. MADDOX #644,** | ) | **DEFENDANTS DEMAND TRIAL BY JURY** |
| | ) | |
| **Defendants.** | ) | |

### ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

**NOW COMES**, the Defendants Springfield Police Officer Spaid and Sergeant Maddox by and through their attorneys Steven C. Rahn, Senior Assistant Corporation Counsel, and John M. Zimmerman, Assistant Corporation Counsel, with their Answer and Affirmative Defenses to Plaintiff's Complaint and in support thereof states as follows:

1.     On February 16, 2018, I was arrested for unlawful possession of a weapon, unlawful possession, and armed habitual criminal, by Officers of the Sangamon County (Officer J. Spade).

   **ANSWER:**   The Defendants DENY the allegations set forth in Paragraph 1 of the Complaint.

2.     After 155 days the charges were dropped by the Honorable Brian T. Otwell. The prosecutor was named Bryan Shaw.

   **ANSWER**:   The Defendants lack sufficient knowledge to either admit or deny the allegations in Paragraph 2 of the Complaint, but demand strict proof thereof.

3.     I was not present during the raid that occurred at 2321 S. 12th St, Springfield, Illinois, 62703.

   **ANSWER**:   The Defendants ADMIT the allegations set forth in Paragraph 3 of the Complaint.

4.      I was later charged with the weapon found in the raid but subsequently dropped the charges.

   **ANSWER:**     The Defendants lack sufficient knowledge to either admit or deny the allegations in Paragraph 4 of the Complaint, but demand strict proof thereof.

5.      Two other people were arrested for both guns found at this address and their names were Roshawn Hudson, and Cortez Gardner.

   **ANSWER:**     The Defendants DENY the allegations set forth in Paragraph 5 of the Complaint.

6.      I wish to file a civil rights complaint for the unlawful arrest, malicious prosecution, and the 155 days that I served for this case.

   **ANSWER:**     Paragraph 6 contains a conclusory statement with no allegations for Defendants to either admit or deny.

7.      I was deprived of $7,440 that were not returned to me after the case was dismissed against me.

   **ANSWER:**     The Defendants lack sufficient knowledge to either admit or deny the allegations in Paragraph 7 of the Complaint, but demand strict proof thereof.

8.      The Sangamon County police force was harassing me by posting on Facebook that I was a snitch and to beware of me. These actions endangered my life and threatened my safety and I wish to file suit against the Sangamon county police for these actions. (See exhibit 1 posting of petitioners false profile.

   **ANSWER:**     The Defendants lack sufficient knowledge to either admit or deny the allegations in Paragraph 8 of the Complaint, but demand strict proof thereof.

9.      Damages for clothing, money, defamation of character, false imprisonment, harassment, lost wages. Punitive, compensatory and monetary in the amount of $50,000.

   **ANSWER**:     The Defendants DENY the allegations set forth in Paragraph 9 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE – DEFENDANTS DID NOT ARREST PLAINTIFF

The Defendants did not arrest Plaintiff.

**SECOND AFFIRMATIVE DEFENSE- THE ARREST WAS MADE PURSUANT TO AN ARREST WARRANT**

The arrest of defendant was pursuant to an arrest warrant. Thus, the arrest was presumably lawful.

**THIRD AFFIRMATIVE DEFENSE – QUALIFIED IMMUNITY**

The Defendants are entitled to qualified immunity for any adverse action that Plaintiff alleges they have taken.

**FOURTH AFFIRMATIVE DEFENSE – GOOD FAITH**

At all times, the Defendants acted in good faith compliance with all applicable laws, rules, and regulations.

**FIFTH AFFIRMATIVE DEFENSE – WITHOUT MALICE, NOT WILLFUL NOR WANTON CONDUCT**

At no time did the Defendants act with malice towards the Plaintiff. Further, at no time did the Defendants conduct themselves in an unlawful fashion that was willful or wanton in nature.

**SIXTH AFFIRMATIVE DEFENSE – TORT IMMUNITY ACT**

The Defendants are entitled to immunity under the Local Governmental and Governmental Employees Tort Immunity Act, which states, a public employee is not liable for his acts or omissions in the execution or enforcement of the law, unless such act or omission constitutes willful and wanton conduct. 745 ILCS 10/2-202.

**PRAYER FOR RELIEF**

**WHEREFORE,** Defendants pray that this Court dismiss the Complaint, with prejudice,

grant Defendant his cost of the suit and any other relief the Court deems just.

**DEFENDANTS DEMAND TRIAL BY JURY**

> Respectfully submitted,
> By:___s/John M. Zimmerman_____
> Attorney for Defendants
> Assistant Corporation Counsel
> Room 313 Municipal Center East
> 800 East Monroe Street
> Springfield, Illinois 62701-1689
> Telephone:     (217) 789-2393
> Email:          john.zimmerman@springfield.il.us

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **FABIAN GARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **No. 18-CV-3317** |
| **OFFICER J. SPAID #696, and** | ) | |
| **SERGEANT J. MADDOX #644,** | ) | **DEFENDANTS DEMAND TRIAL BY JURY** |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2019,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served upon the Plaintiff by US Mail, postage prepaid in Springfield, Illinois, addressed to:

## LEGAL MAIL
Fabian Gardner
Southwestern Correctional Center
P.O. Box 129
East St. Louis, IL 62202-0129

Respectfully submitted,

By:   s/John M. Zimmerman
Attorney for Defendants
Assistant Corporation Counsel
Room 313 Municipal Center East
800 East Monroe Street
Springfield, Illinois 62701-1689
Telephone:    (217) 789-2393
Fax:             (217) 789-2397
Email:         john.zimmerman@springfield.il.us